UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
PARTHASARATHY KRISHNAMOORTHY,             :
individually and on behalf of all         :
others similarly situated,                :        26cv2283 (DLC)
                                          :
                         Plaintiff,       :        ORDER
                                          :
            -v-                           :
                                          :
CONCORDE INTERNATIONAL GROUP, LTD.,       :
et al.,                                   :
                                          :
                         Defendants.      :
                                          :
------------------------------------------X

DENISE COTE, District Judge:

     On March 19, 2026, plaintiff filed a class action lawsuit

on behalf of all persons and entities that purchased or

otherwise acquired Concorde International Group, Ltd.

("Concorde") securities between April 21, 2025 and July 14,

2025.  The complaint alleges violations of Sections 10(b) and

20(a) of the Securities Exchange Act of 1934 ("1934 Act").

     Section 78u-4(a)(3)(A) of the Private Securities Litigation

Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that:

     Not later than 20 days after the date on which the
     complaint is filed, the plaintiff or plaintiffs shall
     cause to be published, in a widely circulated national
     business-oriented publication or wire service, a
     notice advising members of the purported plaintiff
     class--

          (I) of the pendency of the action, the claims
          asserted therein, and the purported class period;
          and

> (II) that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class.

15 U.S.C. § 78u-4(a)(3)(A)(i).  The PSLRA also requires that not later than 90 days after the date on which notice is published, the Court shall consider any motion made by a purported class member in response to the notice, and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of class members.  See id. § 78u-4(a)(3)(B)(i).

In the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, these procedures govern only the first-filed action.  See id. § 78u-4(a)(3)(A)(ii).  Nonetheless, in the event any party seeks to consolidate those actions for pretrial purposes or for trial, the Court may not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered.  See id. § 78u-4(a)(3)(B)(ii).

As permitted by § 78u-4(a)(3)(A)(ii), counsel in a related case appears to have published the required notice on March 21, 2026.  Accordingly, it is hereby

ORDERED that members of the purported class have until **May 20, 2026** to move the Court to serve as lead plaintiffs.

IT IS FURTHER ORDERED that opposition to any motion for appointment of lead plaintiff shall be served and filed by **June 5, 2026.**

IT IS FURTHER ORDERED that a conference shall be held on **June 12, 2026** at **2:30 p.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.

IT IS FURTHER ORDERED that the named plaintiff shall promptly serve a copy of this Order on each of the defendants.

IT IS FURTHER ORDERED that the time to respond to the complaint is stayed pending further order.

Dated:    New York, New York
          March 23, 2026

_____
          DENISE COTE
United States District Judge

3