| *Attorney or Party without Attorney:*<br>Sean Masson, Esq.<br>Scott+Scott, Attorneys at Law, LLP<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>*Telephone No:* 212-223-6444 | | | | | *For Court Use Only* |
|---|---|---|---|---|---|
| *Attorney for:* **Plaintiff(s)** | | | *Ref. No. or File No.:* | | |

*Insert name of Court, and Judicial District and Branch Court:*

  United States District Court - Southern District Of New York

*Plaintiff(s):* Parthasarathy Krishnamoorthy, et al.

*Defendant:* Concorde International Group, Ltd., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>26cv02283 |
|---|---|---|---|---|

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action; Complaint; Order

| *3.* | *a. Party served:* | Cogency Global, Inc. |
|---|---|---|
| | *b. Person served:* | Jerilyn DeJesus, Authorized Agent, Caucasian, Female, 65 Years Old, Brown Hair, 5 Feet 7 Inches, 200 Pounds |

| *4.* | *Address where the party was served:* | Cogency Global, Inc.<br>122 East 42nd Street<br>18th Floor<br>New York, NY 10168 |
|---|---|---|

*5. I served the party:*

  a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Mar. 26, 2026 (2) at: 2:58PM

*7. Person Who Served Papers:*                 *Fee for Service:*

  a. Chijioke Ukonne

  **b. Class Action Research & Litigation**

    P O Box 740

    Penryn, CA 95663

  c. (916) 663-2562, FAX (916) 663-4955

*8.  I affirm on April __9th__ , 2026 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

|  |  |
|---|---|
| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | **(Chijioke Ukonne)**<br>2120679     *seamas.295235* |