```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
PARTHASARATHY KRISHNAMOORTHY,             :
individually and on behalf of all         :
others similarly situated,                :        26cv2283 (DLC)
                                          :
                      Plaintiff,          :        CASE MANAGEMENT
                                          :             ORDER
           -v-                            :
                                          :
CONCORDE INTERNATIONAL GROUP, LTD.,       :
et al.,                                   :
                                          :
                      Defendants.         :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

The Court having conducted a pretrial conference on June 12, 2026 to address the motions for appointment of lead plaintiff and lead counsel in the class action brought against Concorde International Group, Ltd. ("Concorde"), et al., it is hereby

ORDERED as follows:

I. LEAD PLAINTIFF AND LEAD PLAINITFF'S COUNSEL

    1. Parthasarathy Krishnamoorthy is appointed Lead Plaintiff.

    2. Scott+Scott Attorneys at Law LLP shall serve as Lead Counsel for the plaintiff in this action and the class.

II. CAPTION

Every pleading filed in this action, and in any separate action subsequently included therein, shall bear the following caption:

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| IN RE CONCORDE<br>INTERNATIONAL GROUP<br>SECURITIES LITIGATION | 26cv2283 (DLC) |

## III. NEWLY FILED OR TRANSFERRED ACTIONS

1. When a class action that relates to the same subject matter as this action is hereafter filed in or transferred to this Court and assigned to the undersigned, it shall be consolidated with this action (provided that any case transferred to this Court solely for pretrial proceedings shall be consolidated only to that extent absent further order of this Court), and the Clerk of Court shall:

   a. File a copy of this Order in the separate file for such action.

   b. Mail a copy of the Order of assignment of counsel for plaintiffs and counsel for each defendant in the consolidated actions.

   c. Make an appropriate entry in the Docket.

   d. Mail to the attorneys for the plaintiff(s) in the newly filed or transferred case a copy of this Order.

   e. Upon the first appearance of any new defendant(s), mail to the attorneys for such defendant(s) in such newly filed or transferred case a copy of this Order.

2. The Clerk shall maintain a separate file for each of the consolidated actions and filings shall be made therein in accordance with the regular procedures of the Clerk of this Court except as modified by this Order.

3. The Court requests the assistance of counsel in calling to the attention of the Clerk the filing or transfer of any case which might properly be consolidated with this Action.

IV.  APPLICATION OF THIS ORDER TO SUBSEQUENT CASES

1. This Order shall apply to each class action assigned to the undersigned alleging claims similar to those set forth in this action against Lakeland and others.

2. This Order shall apply to each such case which is subsequently filed in or transferred to this Court, and which is assigned to the undersigned unless a party objecting to the consolidation of that case or to any other provision of this Order serves an application for relief from this Order or from any of its provisions within ten (10) days after the date on which the Clerk mails a copy of this Order to counsel for that party.

3. The provisions of this Order shall apply to such action pending the Court's ruling on the application.

4. Unless a plaintiff in a subsequently filed or transferred case is permitted by the Court to use a separate complaint, defendants shall not be required to answer, plead or otherwise move with respect to that complaint in any such case.

5. If a plaintiff in any such case is permitted to use a separate complaint, each defendant shall have thirty (30) days from the date the Court grants such permission within which to answer, plead or otherwise move with respect to any such complaint.

V.  SCHEDULE

1. Lead Plaintiff shall file an amended complaint for this action and any actions subsequently consolidated with it on or before **August 14, 2026.**  Defendants shall file an answer to the amended complaint or a motion to dismiss the amended complaint by **October 2.**

2. Pending filing and service of the amended complaint, defendants shall have no obligation to move, answer, or otherwise respond to any complaints in any actions subsequently consolidated with this action.

3. If Defendants file a motion to dismiss by October 2, Lead Plaintiff shall file any further amended complaint by **October 23, 2026.**  It is unlikely that Lead Plaintiff will be granted any further opportunities to amend.  If

3

Lead Plaintiff elects not to further amend, it shall file its opposition to the motion to dismiss on or before **October 23.** Defendants shall file their reply to the opposition(s) to the motion to dismiss on or before **November 6.**

4. Defendants shall supply the Court with two courtesy copies of the motion papers at the time the reply is served.

Dated:    New York, New York
          June 12, 2026

_____
DENISE COTE
United States District Judge

4