UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

PARTHASARATHY KRISHNAMOORTHY, individually and on behalf of all others similarly situated,

Plaintiff,

-v-

CONCORDE INTERNATIONAL GROUP, LTD., et al.,

Defendants.

---------------------------------------X

26cv2283 (DLC)

ORDER

DENISE COTE, District Judge:

Defendants Terence Wing Khai Yap and Sze Yin Ong filed a motion to dismiss on October 2, 2026. Defendants Concorde International Group, Ltd., Mark Allen Brisson, and Swee Kheng Chua must answer or file a motion to dismiss by October 23. Accordingly, it is hereby

ORDERED that the lead plaintiff shall file any further amended complaint by **November 13, 2026.** It is unlikely that the lead plaintiff will have another opportunity to amend.

IT IS FURTHER ORDERED that should the lead plaintiff elect not to further amend, it shall file its opposition to the motion(s) to dismiss on or before **November 13, 2026.** All defendants shall file their reply to the opposition to the motion(s) to dismiss on or before **November 30, 2026.** At the

time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
October 6, 2026

DENISE COTE
United States District Judge