**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE CONCORDE INTERNATIONAL GROUP SECURITIES LITIGATION | Civil Action No. 1:26-cv-02283-DLC<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Joanna A. Diakos of K&L Gates LLP, with offices at 599 Lexington Avenue, New York, New York 10022, hereby appears on behalf of defendants Cogency Global Inc. and Colleen A. De Vries in the above-captioned action. I hereby certify that I am admitted to practice before this Court.

Dated: New York, New York
October 23, 2026

Respectfully submitted,

By: */s/ Joanna A. Diakos*

Joanna A. Diakos
K&L Gates LLP
599 Lexington Avenue
New York, New York 10022
Tel.: (212) 536-4807
Email: joanna.diakoskordalis@klgates.com

*Counsel for Defendants Cogency Global Inc., and Colleen A. De Vries*