UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

IN RE CONCORDE INTERNATIONAL GROUP SECURITIES LITIGATION

---------------------------------------- X

26cv2283 (DLC)

ORDER

DENISE COTE, District Judge:

Lead plaintiff filed a second amended complaint on November 13. Accordingly, it is hereby

ORDERED that the defendants' October 2 and October 23 motions are dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **December 18, 2026**
- Opposition served by **January 22, 2026**
- Reply served by **February 5, 2027**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
November 17, 2026

DENISE COTE
United States District Judge